# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NORGLE, CHARLES R. | US DISTRICT COURT | 09/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, ACTIVE | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
219 S. DEARBORN STREET
STE 2346
CHICAGO, IL 60604-1844

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | Northwestern School of Law |
| 2. | Adjunct Faculty | The John Marshall Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 09/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Northwestern University Law School | $2,000.00 |
| 2. | 2012 | John Marshall Law School | $24,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Elmhurst College |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORGLE, CHARLES R.** | 09/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Cards | Consumer Credit | J |
| 2. | Bank of America Card | Consumer Credit | J |
| 3. | Citi Bank Cards | Consumer Credit | J |
| 4. | American Express | Consumer Credit | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AT&T, INC. | A | Dividend | K | T | | | | | |
| 2. CHINA TECHNOLOGY GLOBAL CORP. | | None | J | T | | | | | |
| 3. MACY'S, INC. | | None | J | T | | | | | |
| 4. SUPPORTSAVE SOLUTIONS | | None | J | T | | | | | |
| 5. CHINA TECHNOLOGY GLOBAL CORP. | | None | J | T | | | | | |
| 6. DEUTSCHE BANK AG ADR | | None | K | T | | | | | |
| 7. GENERAL STEEL HOLDINGS, INC. | | None | J | T | | | | | |
| 8. AT&T, INC. | A | Dividend | J | T | | | | | |
| 9. GENERAL ELECTRIC CO | | None | L | T | | | | | |
| 10. GENERAL STEEL HOLDINGS INC | | None | K | T | | | | | |
| 11. PIMCO MUNI INCOME FD CLOSED END | A | Interest | K | T | | | | | |
| 12. SUPPORTSAVE SOLUTIONS | | None | J | T | | | | | |
| 13. WELLS FARGO CO | | None | L | T | | | | | |
| 14. AT&T INC | | None | | | Buy | 01/06/12 | M | | |
| 15. AT&T INC | | None | | | Sold | 10/17/12 | M | A | |
| 16. ALCOA, INC | | None | K | T | Buy | 08/27/12 | K | | |
| 17. ALCOA, INC | | None | | | Sold (part) | 11/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ARENA PHARMACEUTICALS | | None | | | Buy | 06/15/12 | L | | |
| 19. ARENA PHARMACEUTICALS | | None | | | Sold | 09/12/12 | L | | |
| 20. BP PLC SPONS ADR | A | Dividend | | | Buy | 01/30/12 | M | | |
| 21. BP PLC SPONS ADR | | None | | | Sold | 07/11/12 | M | | |
| 22. BANK OF AMERICA CORP | | None | | | Buy | 05/21/12 | J | | |
| 23. BANK OF AMERICA CORP | | None | | | Sold | 05/22/12 | J | A | |
| 24. CITIGROUP INC | | None | | | Buy | 03/14/12 | K | | |
| 25. CITIGROUP INC | | None | | | Sold | 03/15/12 | K | A | |
| 26. COCA COLA CO | | None | | | Buy | 01/11/12 | L | | |
| 27. COCA COLA CO | | None | | | Sold | 01/20/12 | L | A | |
| 28. FACEBOOK INC | | None | | | Buy | 05/25/12 | L | | |
| 29. FACEBOOK INC | | None | | | Sold | 07/25/12 | L | | |
| 30. FORD MOTOR CO | A | Dividend | | | Buy | 02/02/12 | K | | |
| 31. FORD MOTOR CO | | None | | | Sold | 07/31/12 | K | A | |
| 32. GENERAL ELECTRIC CO | | None | | | Buy | 01/23/12 | M | | |
| 33. GENERAL ELECTRIC CO | | None | | | Sold | 02/01/12 | M | C | |
| 34. GENERAL STEEL HLDGS | | None | K | T | Buy | 01/03/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INT'L BUSINESS MACHINES | A | Dividend | K | T | Buy | 10/17/12 | K | | |
| 36. KRAFT FOODS INC | A | Dividend | | | Buy | 09/07/12 | L | | |
| 37. KRAFT FOODS INC | | None | | | Sold | 09/18/12 | L | A | |
| 38. LEAPFROG ENTERPRISES | | None | | | Buy | 06/07/12 | K | | |
| 39. LEAPFROG ENTERPRISES | | None | | | Sold | 06/20/12 | K | A | |
| 40. LIONS GATE ENTERTAINMENT CORP | | None | | | Buy | 03/27/12 | L | | |
| 41. LIONS GATE ENTERTAINMENT CORP | | None | | | Sold | 05/30/12 | L | | |
| 42. MCDONALDS CORP | | None | | | Buy | 01/03/12 | L | | |
| 43. MCDONALDS CORP | | None | | | Sold | 03/26/12 | L | A | |
| 44. MICROSOFT CORP | | None | | | Buy | 03/19/12 | L | | |
| 45. MICROSOFT CORP | | None | | | Sold | 04/05/12 | L | A | |
| 46. MORGAN STANLEY | A | Dividend | | | Buy | 01/04/12 | N | | |
| 47. MORGAN STANLEY | | None | | | Sold | 06/06/12 | N | | |
| 48. NOKIA CORP ADR | | None | | | Buy | 01/09/12 | K | | |
| 49. NOKIA CORP ADR | | None | | | Sold | 02/03/12 | K | A | |
| 50. PIMCO MUNI INCOME FD CLOSED END | A | Dividend | | | Buy | 03/15/12 | K | | |
| 51. PIMCO MUNI INCOME FD CLOSED END | | None | | | Sold | 03/28/12 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPRINT NEXTEL CORP | | None | | | Buy | 01/05/12 | K | | |
| 53. SPRINT NEXTEL CORP | | None | | | Sold | 01/18/12 | K | A | |
| 54. TIFFANY & CO NEW | | None | | | Buy | 01/10/12 | K | | |
| 55. TIFFANY & CO NEW | | None | | | Sold | 01/18/12 | K | A | |
| 56. UNITED STATES STEEL CORP | | None | | | Buy | 01/13/12 | N | | |
| 57. UNITED STATES STEEL CORP | | None | | | Sold | 01/13/12 | N | | |
| 58. VERIZON COMMUNICATIONS | A | Dividend | | | Buy | 01/23/12 | K | | |
| 59. VERIZON COMMUNICATIONS | | None | | | Sold | 02/08/12 | K | A | |
| 60. WAL-MART STORES | | None | | | Buy | 08/16/12 | J | | |
| 61. WAL-MART STORES | | None | | | Sold | 08/16/12 | J | A | |
| 62. WELLS FARGO CO | | None | | | Buy | 01/26/12 | M | | |
| 63. WELLS FARGO CO | | None | | | Sold | 02/07/12 | M | A | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 09/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 09/11/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ CHARLES R. NORGLE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544